**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7224**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LITTLE TOM CHILDRESS, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:94-cr-40106-jlk-6)

Submitted:  December 16, 2008      Decided:  December 23, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Little Tom Childress, Jr., Appellant Pro Se.  Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Little Tom Childress, Jr., appeals the district court's order denying his motion for immediate termination of his supervised release term. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Childress</u>, No. 7:94-cr-40106-jlk-6 (W.D. Va. July 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>